[No. 49612-3-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. ROYAL PEREZ BARRINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06042-9, Paris K. Kallas, J., entered November 9, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Schindler, JJ.

[No. 49764-2-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT CONROY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06863-2, Donald D. Haley, J., entered December 27, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49921-1-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01760-2, Charles S. French, J., entered January 14, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 50057-1-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD A. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07868-9, Michael J. Fox, J., entered January 25, 2002. *Reversed* by unpublished per curiam opinion.